1

2

3          **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

4

5    **UNITED STATES OF AMERICA,**

6                    **Plaintiff,**                     **Case No.  CR02-5482**

7          **v.**                                        **INITIAL ORDER RE:
                                                          ALLEGATIONS OF
8    **CHRISTOPHER B. TODD,**                            VIOLATION OF
                                                          CONDITIONS OF
9                                                         SUPERVISION**

10                   **Defendant.**

11

12          THIS MATTER comes on for an initial hearing on the Petition of the United States Probation
     Office alleging that the defendant has violated the conditions of supervision.
13

14          The plaintiff appears through Assistant United States Attorney, BARBARA SIEVERS;

15          The defendant appears personally and represented by counsel, GARY CLOWER.

16          The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of
       supervision, and the defendant has been advised of the allegation(s).
17
            The court finds probable cause with regard to the allegation(s) and schedules a hearing on the
18       petition to be held at the time and date below set forth before Judge    .

19                   *Date of hearing:*            *May 18, 2006*

20                   *Time of hearing:*            2:00 p.m.

21          IT IS ORDERED that the defendant:

22          (X )   Be released on condition he be in full compliance  with the terms and conditions of
     probation, and that he have no contact of any nature with Aimee Fairbanks.
23
            The clerks shall direct copies of this order to counsel for the United States, to counsel for the
24   defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services
     Office.
25
                                                  May 9, 2006.
26

27                                                 */s/ J. Kelley Arnold*
                                                  **J. Kelley Arnold, U.S. Magistrate Judge**
28

ORDER
Page - 1